RITCHIE v. BURKE et al. (Circuit Court of Appeals, Sixth Circuit. October 15, 1902.) No. 1,114. Appeal from the Circuit Court of the United States for the Northern District of Ohio. W. E. Young, for appellant. Stevenson Burke, Chas. Baird, and Squire, Sanders & Dempsey, for appellees. Dismissed.

ROGERS et al. v. HILL. (Circuit Court of Appeals, Eighth Circuit. May 5, 1903.) No. 1,763. In Error to the Court of Appeals of the United States in the Indian Territory. Dorset Carter, for plaintiffs in error. Cherryhomes & Cherryhomes, for defendant in error. Dismissed, with costs, pursuant to stipulation, and remanded to the United States Court, Southern District of the Indian Territory.

ROOT v. FRIZZELL. (Circuit Court of Appeals, Eighth Circuit. May 19, 1903.) No. 1,864. In Error to the Circuit Court of the United States for the District of Nebraska. H. C. Brome, John L. Webster, and A. H. Burnett, for plaintiff in error. C. J. Smyth and Ed P. Smith, for defendant in error. Reversed, without costs to either party in this court, and without an opinion, and remanded, with directions for further proceedings.

SHAW v. CITY OF COVINGTON et al. (Circuit Court of Appeals, Sixth Circuit. December 13, 1902.) No. 1,165. Appeal from the Circuit Court of the United States for the Eastern District of Kentucky. Ernst Cassatt & McDougall, Foraker, Outcalt, Granger & Prior, for appellant. F. J. Hanlon, for appellees. Dismissed.

SPENCER v. COWEN et al. (Circuit Court of Appeals, Sixth Circuit. May 6, 1903.) No. 1,080. Appeal from the Circuit Court of the United States for the Eastern District of Kentucky. Kittridge & Wilby, for appellant. Judson Harmon, Harlan Cleveland, Charles H. Stephens, and Thomas B. Paxton, for appellees. Dismissed.

THOMAS v. COUNCIL BLUFFS CANNING CO. et al. COLLINS v. SAME. (Circuit Court of Appeals, Eighth Circuit. May 6, 1903.) Nos. 1,783, 1,784. In Error to the Circuit Court of the United States for the Southern District of Iowa. Warren Switzler and Jacob Sims, for plaintiffs in error. John N. Baldwin and George S. Wright, for defendants in error. Affirmed, with costs, without an opinion.

In re TINLEY. (Circuit Court of Appeals, Eighth Circuit. December 15, 1902.) No. 27 Original. Petition for Review. Geo. H. Stillman, for petitioner. Finley Burke, for respondent. Dismissed, at costs of petitioner, pursuant to stipulation of the parties.